# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MA ANGELICA BAJRAJAS,<br><br>    Plaintiff<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant | Case No.: 2:25-cv-00392-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Ma Angelica Barajas's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Barajas's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 21, 2025.

DATED this 11th day of March, 2025.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE