**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.cpm
schausm@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MA ANGELICA BARAJAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a foreign corporation; DOE EMPLOYEE, individually; DOE MANAGER, individually DOES I – XX, inclusive; and ROE CORPORATION I – XX, inclusive,<br>    Defendants. | Case No.:  2:25-cv-00392-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants DOLLAR TREE STORES, INC., a foreign corporation, DOE EMPLOYEE, individually, AND DOE MANAGER, individually, (hereinafter referred to as "Defendants") by and through their attorneys of record, of Hall & Evans, and Plaintiffs MA ANGELICA BARAJAS, (hereinafter referred to as "Plaintiff") by and through their attorneys of record, Blackburn Wirth, LLP, hereby stipulate as follows:

IT IS HEREBY STIPLUATED that all of Plaintiff's claims against Defendants as set forth in the Complaint filed in the United States District Court, District of Nevada Case 2:25-cv-00392-APG-DJA, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

1                        KRB/20065-18+

IT IS FURTHER STIPULATED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED this 27th day of January, 2026

BLACKBURN WIRTH, LLP

/s/Tyler Bixby
TYLER BIXBY, ESQ.
Nevada Bar No.
6018 South Fort Apache Road Suite 150
Las Vegas, Nevada 89148
(702) 472-7000
tyler@blackburnwirth.com
*Attorney for Plaintiff*

DATED this 27th day of January, 2026

HALL & EVANS, LLC

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.cpm
schausm2@hallevans.com
*Attorneys for Defendant*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                    KRB/20065-18+

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants as set forth in the Complaint filed in the United States District Court, District of Nevada Case 2:25-cv-00392-APG-DJA, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

IT IS SO ORDERED:

Dated:   January 28, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.cpm
schausm@hallevans.com
*Attorneys for Defendant*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/20065-18+